NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KYLE MAKI,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2017-1201

---

Petition for review of the Merit Systems Protection Board in No. SF-4324-15-0591-I-1.

---

## JUDGMENT

---

KEVIN EDWARD BYRNES, FH+H, PLLC, Tysons, VA, argued for petitioner.

JANA MOSES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  March 16, 2018       /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court